# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SHERRY WATKINS,<br><br>　　　　　　　Plaintiff(s),<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC;<br>LOWE'S HOME IMPROVEMENT<br>WAREHOUSE; and DOES 1 through<br>50, Inclusive,<br><br>　　　　　　　Defendant(s). | CASE NO.:  5:15-CV-02298-JGB-DTB<br><br>(San Bernardino Superior Court Case No.<br>CIV DS1512897)<br><br>**ORDER ON NOTICE VOLUNTARY<br>DISMISSAL PURSUANT TO FED. R.<br>CIV. P. 41(a)(1)**<br><br>**Hon.  Jesus G. Bernal<br>United States District Judge** |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff SHERRY WATKINS is hereby dismissed in its entirety, with prejudice.  All pending dates are vacated.  The Clerk shall close this case.

Dated:  June 2, 2016

By: _____

HON. JESUS G. BERNAL
U.S. District Judge

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)**
Watkins v. Lowe's
Case No.: 5:15-cv-02298-JGB-DTB